| | | | |
|---|---|---|---|
| Case No. | 2:18-cv-00160-SVW-JC | Date | June 22, 2018 |
| Title | Jose Amador Jacobo v. Veronica Amole et al | | |

## JS - 6

| | | |
|---|---|---|
| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| N/A | | N/A |

**Proceedings:**    IN CHAMBERS ORDER DISMISSING ACTION

    The Court, on May 16, 2018, granted plaintiff thirty days, up to and including June 15, 2018, to file a motion for default judgment.

    To date, plaintiff has failed to timely file her motion; therefore, the matter is dismissed.

                                                                                               :

                                            Initials of Preparer        PMC